IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

MARTIN DeLUNA, §
 §
 Petitioner, §
 §
v. § 2:07-CV-0162
 §
NATHANIEL QUARTERMAN, Director, §
Texas Department of Criminal Justice, §
Correctional Institutions Division, §
 §
 Respondent. §

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus challenging a prison disciplinary case. On August 24, 2007, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be denied as petitioner is ineligible for mandatory supervised release. On September 7, 2007, petitioner filed objections to the Report and Recommendation, however, such objections did not contain a petitioner's signature. On September 10, 2007, petitioner's objections were unfiled as deficient. As of this date, petitioner has not properly filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this _25th_ day of _September_ 2007.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE